AO91 (Rev. 8/01)   Criminal Complaint

# UNITED STATES DISTRICT COURT

SOUTHERN            DISTRICT OF            TEXAS

UNITED STATES OF AMERICA
V.

Juan Francisco MARTINEZ
San Salvador, LA LIBERTAD
El Salvador

(Name and Address of Defendant)

CRIMINAL COMPLAINT

Case Number: L-13-PO5894

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **April 24, 2013** in **Webb** County, in the **Southern** District of **Texas** Juan Francisco MARTINEZ defendant(s), an alien, did unlawfully enter and attempt to enter the United States at a place other than designated by immigration officer.

in violation of Title(s) **8** United States Code, Section(s) **1325(a)(1)**
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: Based on statements of the accused and records of the U.S. Department of Homeland Security.

Furthermore, it is based on verbal statements by, Juan Francisco MARTINEZ, who admitted to being a citizen of El Salvador, who entered or attempted to enter illegally into the United States by wading the Rio Grande River near, Laredo, Texas, thus avoiding immigration inspection, nor having proper documents to enter, travel through, or remain in the United States. This illegal entry or attempted entry took place on April 24, 2013.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

/S/
Signature of Complainant

Eric High
Printed Name of Complainant

Sworn to before me and signed in my presence,

April 29, 2013                                                         at    Laredo, Texas
Date                                                                           City and State

J. Hacker                        , U.S. Magistrate Judge
Name and Title of Judicial Officer                                  Signature of Judicial Officer